**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00982-CV**
_____

**IN RE KRISTINA SCHWEYER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Kristina Schweyer, proceeding pro se, filed a document titled, "Court of Appeals Reversal – Writ of Mandamus," arguing "[t]he trial court abused its discretion in refusing to rule on Houston's Rule 91a Motion to Dismiss . . . and in "[a]llow[ing] discovery while ignoring a jurisdictional challenge."[1]  Relator also

---

[1] The underlying case is Kristina E. Schweyer v. Wolfgang Schweyer, Cause No. 23-DCV-311129, in the 240th District Court of Fort Bend County, Texas, the Honorable Surendran Pattel presiding. To the extent Relator seeks mandamus relief from trial cases other than 23-DCV-311129, the petition is procedurally deficient.

1

filed two documents titled, "Petition for a Writ of Prohibition," requesting "enforce[ment] [of] the [W]rit of Prohibition and the [W]rit of Habeas Corpus" and a document titled, "Writ of Prohibition", requesting the trial "court to issue . . . [a] Writ of Attachment for a witness or defendant that [it] ha[s] refused to take." Relator further filed multiple documents titled, "Challenge to Constitutionality of a State Statute."

It is difficult to ascertain the remedy Relator seeks in her various filings. Relator's petitions fail to comply with the Texas Rules of Appellate Procedure. There are no orders attached to any of the filed documents from which Relator purportedly seeks mandamus relief and no sworn record accompanies the petitions. Relator's petitions are thus deficient. *See* TEX. R. APP. P. 52.3 (a)-(i), (j) (requiring inclusion of certification that petition is supported by competent evidence), (k) (requiring inclusion of certified or sworn copies of challenged orders), 52.7(a)(1) (requiring inclusion of sworn record); *In re Harrison*, No. 01-21-00531-CV, 2021 WL 4898073, *1 (Tex. App.—Houston [1st Dist.] Oct. 21, 2021, orig. proceeding) (mem. op.) (denying petition for writ of mandamus for failure to comply with Texas Rules of Appellate Procedure); *In re State ex rel. Glaser*, No. 06-20-00095-CR, 2020 WL 5163594, at *1 (Tex. App.—Texarkana Sept. 1, 2020, orig. proceeding) (mem.

op.) ("We may deny a petition for a writ of mandamus for an inadequate record alone.").

We deny all petitions. TEX. R. APP. P. 52.8(a). All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.